IH-32                                                                                           Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

___

#### Full Caption of Later Filed Case:

MARCO CONSULTING GROUP TRUST I, by and through its directed trustee, The Bank of New York Mellon

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-401 |
| ALLIANZ GLOBAL INVESTORS U.S. LLC, ALLIANZ GLOBAL INVESTORS U.S. HOLDINGS LLC, ALLIANZ SE, ALLIANZ ASSET MANAGEMENT GMBH, ALLIANZ OF AMERICA, INC., ALLIANZ ASSET MANAGEMENT OF AMERICA HOLDINGS INC., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, ALLIANZ ASSET MANAGEMENT OF AMERICA L.P., and PFP HOLDINGS INC. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ARKANSAS TEACHER RETIREMENT SYSTEM

| Plaintiff | Case Number |
|---|---|
| vs. | 1:20-cv-5615 |
| ALLIANZ GLOBAL INVESTORS U.S. LLC, ALLIANZ GLOBAL INVESTORS U.S. HOLDINGS LLC, ALLIANZ SE, ALLIANZ ASSET MANAGEMENT GMBH, ALLIANZ OF AMERICA, INC., ALLIANZ ASSET MANAGEMENT OF AMERICA HOLDINGS INC., ALLIANZ ASSET MANAGEMENT OF AMERICA LLC, ALLIANZ ASSET MANAGEMENT OF AMERICA L.P., and PFP HOLDINGS INC. | |
| Defendant | |

IH-32                                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open       (If so, set forth procedural status and summarize any court rulings.)

The Complaint was fined on July 20, 2020.  The following related cases have been filed: 1:20-cv-5817, 1:20-cv-7061, 1:20-cv-7154, 1:20-cv-7606, 1:20-cv-7842, 1:20-cv-7952, 1:20-cv-8642, 1:20-cv-9478, 1:20-cv-9479, and 1:20-cv-10028.  On August 12, 2020, a Stipulation and Order was entered in setting September 21, 2020 as the date by which defendants will move against, answer, or otherwise respond to the Complaint.  On September 11, 2020, the Court set an Initial Conference for November 17, 2020 and adjourned the deadlines imposed by the August 12, 2020 Order.  On November 17, 2020, the Court held an Initial Conference.  On December 7, 2020, the Court entered a scheduling order, and stayed motions to dismiss in any actions filed after December 3, 2020 until resolution of the anticipated motions to dismiss in the already-filed cases.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case is related to the eleven cases identified above, 1:20-cv-5615, 1:20-cv-5817, 1:20-cv-7061, 1:20-cv-7154, 1:20-cv-7606, 1:20-cv-7842, 1:20-cv-7952, 1:20-cv-8642, 1:20-cv-9478, 1:20-cv-9479, and 1:20-cv-10028, because it seeks to recover losses that were suffered as a result of actionable misconduct that occurred in connection with Allianz Global Investors U.S. LLC's management of the Structured Alpha Funds.

Signature:  **Vineet Bhatia**                              Date: 1/15/21

Firm:  Susman Godfrey LLP